E-FILED
Monday, 28 February, 2005 04:38:50 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA, ILLINOIS

STANISLAUS LAKTAS
PLAINTIFF

CASE NO. 03-1374

v

HEALTH PROS LTD ET.AL.     JUDGE: HON. HAROLD A BAKER
DEFENDANTS

RE: PLAINTIFF'S MEDICAL FURLOUGH

ON FEBRUARY 18, 2005 PLAINTIFF STANISLAUS LAKTAS PRO SE, WAS TAKEN ON A MEDICAL FURLOUGH FOR A CONSULTATION WITH NEUROSURGEON DR SCHULTZ, BELLEVILLE, ILLINOIS. THE PLAINTIFF ORIGINALLY SAW DR SCHULTZ (NOV. 19 2004) HE HAD ORDERED MRI TEST PERFORMED JAN 4, 2005 AT ST. ELIZABETH'S HOSPITAL, BELLEVILLE, ILLINOIS. FURLOUGH WAS INTENDED TO DISCUSS MRI.

FIRST DR. SCHULTZ STATED HE SAW NOTHING OF AN EMERGENCY INSIDE PLAINTIFFS HEAD. THIS ON THE SURFACE SOUNDS VERY GOOD. I LOOK FORWARD TO THE REPORT AND RECORDS.

THE REST OF THE CONSULTATION CONCERNED THE DAMAGE SHOWN AT THREE LEVELS OF THE CERVICAL AREA. LEVELS 3-4 C5-C6 (AREA DAMAGED IN ROCK ISLAND COUNTY ACCIDENT DECEMBER 31, 2001.) LEVEL C6-C7 - SPINAL FUSION WITH METAL PLATE INSERTED MAY 2001. PLATE NOW NEEDING TATITIUM PLATE REPLACED.

DR SCHULTZ WHILE ACKNOWLEDGING THE SEVERE AMOUNT OF DAMAGE TO THE PLAINTIFF'S CERVICAL SPINAL CORD AREA IMPLIES A GOOD DEAL OF RISK FOR SURGICAL PROCEDURES. HE FURTHER RECOMMENDS HE PERFORM A MILEOGRAMS AT THIS TIME. WHICH MEANS

I must go through the long drawn out process of getting the approval for not only the Milogram but the lengthy process of a medical furlough, sixty (60) to ninty (90) days. More conservative management of serious medical condition that includes no therapy or pain medication just more deliberate indifference. The conservative management approach has failed totally for 3½ years. First Rock Island County, Then Health Professional Limited and for 1 year now Wayford Health Sources.

The Plaintiff, though aware of the risk of major neurological surgery has from experience found surgery the only successful treatment to severe cervical spinal cord damage. He has further come to understand that the MRI is the most reliable form of spinal cord damage research available. Over the regular X-Ray then the Milogram were most heavily relied on.

With the MRI showing cervical damage to three levels as did February 2002 MRI the Plaintiffs case is only strenghten. Again as Dr. Udehn originally stated Cervical Level C5-C6 needs a spinal fusion with a titanium plate inserted, Level C6-C7 needs to have a new plate inserted, Level C3-C4 needs to be stabalized, now or sometime in the future.

With all due respect if arrangements cannot be made to have Dr. Schultz perform the needed surgeries the plaintiff request this honorable Court have the Plaintiff returned to Rock Island County back to Dr David Udehn for the needed treatment and put an end to this 3½ year (and running) nightmare. Please.

Respectfully submitted,
Stan Llaktas R12404
STAN LLAKTAS P.O. Box 711
MENARD, Il 62259

5

## Back Pain Has Many Causes

DEAR DR. DONOHUE: I am 43, and this is the year that has turned me into an old man. My back hurts, and I can do only a fraction of the things I used to do. My doctor says I have to tough it out. He told me to take Advil, and it has helped some. Should I try resting in bed? — D.H.



To Your Good Health
by Paul G. Donohue, M.D.

ANSWER: Low back pain strikes just about everyone. The average age for its appearance is 40, so you fit right in. Telling you to do nothing more than take Advil, your doctor must not have detected anything that could lead to permanent problems.

The causes of low back pain are numerous. The cushioning disks that are sandwiched between two backbones are often the source of pain. They have a jellylike core that can push through the tough cartilage that serves as the outer wall of the disk. When it does, it often impinges on a nerve, and that hurts. Arthritis of the backbone joints is another cause. Back muscles and ligaments are other sources of back pain.

Bed rest is a bad idea. If the back hurts so much that all movement is torture, then one or two days of bed rest can lessen the pain. Staying in bed any longer leads to weakness of back muscles and loss of bone calcium.

Most of the time, backs heal on their own and back pain leaves without having to submit to many expensive tests. A drug like the one you are taking, heat or cold applied to the back (whichever feels better), and perhaps a muscle relaxant get most people through a spell of low back pain.

If the pain does not leave in two or three weeks, special studies are needed to pinpoint the cause of trouble. For most of the 20th century, X-rays provided information that led to the discovery of a cause. Now CT and MRI scans give a much clearer picture of the back — bones, ligaments, joints and muscles.

The pamphlet on back pain outlines its many causes and treatments. Readers who would like a copy can write to: Dr. Donohue — No. 303W, Box 536475, Orlando, FL 32853-6475. Enclose a check or money order (no cash) for $4.50 U.S./$6.50 Can. with the recipient's printed name and address. Please allow four weeks for delivery.

Dr. Donohue regrets that he is unable to answer individual letters, but he will incorporate them in his column whenever possible. Readers may write him or request an order form of available health newsletters at P.O. Box 536475, Orlando, FL 32853-6475.

## List of Symtoms

I've included a list of my symtoms. Symtoms of serious medical conditions I've been unable to get the list amount of recommended treatment for 3½ years.

It now has been over 1 years since I've made the twice daily trip to the chow hall for lunch and dinner. For the last approximate 4 months I've been on lay-in which allows me to be fed in my cell. Prior to that I was at the mercy of generous inmates to eat - their leftovers etc. I had some commissary.

At the end of March (2005) it will be approximately 2 years since I've gone to "yard" or Monday Recreation. The first year I was at Menard I made every effort to go to yard and recreation doing so over 90% of the time (or better) they were offered. The pain and discomfort have made the trips more negitive than helpful.

Each and every day I endure lite headedness and frequent dizzy spells due to my serious mastoid cavity problem being left untreated. I limited my time out of my cell as I cannot afford to chance further injury. I travel with my various symtoms only to must go trips. Well documented treatment for the mastoid cavity takes twenty (20) - thirty (30) minutes.

My quality of life continues to discontinue.

Respectfully submitted
*Stanislaus L Laktas*
STANISLAUS L LAKTAS  R12404
P.O. BOX 711, MENARD, Il 62259

5. SYMPTOMS

NECK: Cervical level C5-C6 spinal cord damage (See 28 February '02 MRI report) Severe pain / burning sensation. Sometimes hurts to swallow.

SHOULDERS: Pain / some burning especially into right arm. Irregular / or / swollen. Decreased range of motion. When I lift either arm straight forward or straight out to the side, pain increases into the shoulders and neck.

ARMS: Pain down both arms to the elbows on top. Carpel tunnel syndrome both left + right wrist and hands.

SPINAL CORD: Approximately 2/3 way down my back severe pain, burning sensation. Dr. Odehn planned to have second MRI done this area / low lumbar area. Low lumbar spinal stenosis. Doctors have treated / provided Percoset - 3-4 - Darvocet 100 3-6 - Robaxisal 4-6 oral daily. Pain more severe since 12-31-01 accident R.I. County.

LEGS: Pain in both legs, most severe in right. More pain when standing still in one place or when I increase my walking speed.

(3)

5. (CONTINUED)
LESS EASILY DEFINABLE COMPLAINTS
  (DR. JOHNS RECORDS) MARCH 21, 2002

HEAD: DART TYPE PAIN (SINCE 12-31-01)

FACE: ITCHY SENSATION AT ALL TIMES. SOMETIMES MORE INTENSE THAN OTHERS. (SINCE 12-31-01)

BODY: THROUGHOUT BODY INTERMITTENT TWITCHING (12-31-01)

EYES: MOMENTARY LOSS OF SIGHT – 1-5 SECONDS OFTEN LIGHT FLASHING SENSATIONS (12-31-01) EYE EXAM SHOWS I NEED GLASSES FOR DISTANCE. DR. STATES I DO NOT WEAR GLASSES FOR DISTANCE. I'VE WORN GLASSES SPECIFICALLY FOR DISTANCE SINCE 3RD GRADE. GLASSES I NOW HAVE BROKEN HAVE 1 LENS (FOR DISTANCE) REPAIR DENIED – SINCE THEY ARE METAL FRAME I MUST DESTROY/SEND HOME. MENARD RULES STATE I MUST WEAR STATE PLASTIC GLASSES. NEVER ISSUED. WHILE I WAS AT COUNTY NOT ALLOWED TO WEAR GLASSES SINCE THEY WERE NOT "READING" GLASSES EXCEPT FOR COURT.

EAR: MASTOID CAVITY – LEFT EAR. MASTOID SURGERY 1959-1960 (APPROX) LAST SEVERAL YEARS MASTOID CAVITY FILLS WITH INFECTION, SYMPTOMS

(4)

5 (CONTINUED)
lightheadedness, earache pain and I'm subject to dizzy spells. For several years prior to incarceration I had to go to an ENT specialist for treatment. (Records available here at Menard)

DENTAL: At Stateville/Joliet during processing they provide a readout of the condition of my teeth and what I would need done once I was at my permenent institution. Upon arriving at Menard dentist Dr Newbold said my teeth could be fixed but not at Menard. I'd have to be transferred to an institution that did this work (Crowns Root-Canal) They would however extract them when they became too painful. Rock Island County provided gum strips for pain but denied me a dentist.

ACID REFLUX: For 4 1/2 yrs prior to incarceration my acid reflux was treated with Prilosec twice daily. Here I'm given only advise; "live with it."

Psychological: My personality disorders have been diagnosed as (1) Bi-polar (2) Acute/General Anxiety (3) Sexually Immature (4) Psychotic with Skizoid

(5)

5. (continued)

Tendencies with underlying metabolic disorders. I've been prescribed psycotropic medication for nearly 1/2 my life due to these issues. Meds include - Lithium 300 - Amitriptyln - Zyprexa

(6)

CERTIFICATE OF SERVICE

I, STANISLAUS L. LAKTAS, PRO SE, CERTIFY THAT A COPY OF PLAINTIFFS

WAS SERVED ON THE LISTED PARTIES OF RECORD VIA REGULAR MAIL FROM MENARD CORRECTIONAL CENTER P.O. BOX 711 MENARD, ILLINOIS 62259 ON FEB 23, 2005.
(DATE MAILED)

RESPECTFULLY SUBMITTED
*Stanislaus L. Laktas*
STANISLAUS L. LAKTAS
R12404
P.O. BOX 711
MENARD, IL 62259

# SERVICE LIST

MR. JOHN M. WATERS: CLERK OF THE COURT
U.S. DISTRICT COURT CENTRAL DIST. OF ILLINOIS
FEDERAL BLDG. ROOM 309 100 N.E. MONROE
PEORIA, ILLINOIS 61602

MR. ROBERT P. VOGT: WELDON-LINNE-VOGT
105 W. MADISON ST. SUITE 1400 CHICAGO, IL. 60602

MS. PATRICIA CASTRO ASSISTANT STATE'S ATTORNEY
COUNTY COURTHOUSE 4TH FLOOR ROCK ISLAND, IL. 61201

MR JOHN J. WEATHERS # 6274137
ASSISTANT ATTORNEY GENERAL
500 SOUTH SECOND STREET
SPRINGFIELD, ILLINOIS 62706

MS. THERESA M. POWELL, ATTORNEY
HEYL ROYSTER, VOELKER AND ALLEN
SUITE 575 NATIONAL CITY CENTER
P.O. BOX 1687, SPRINGFIELD, ILLINOIS 62705

MR MICHAEL MILLER, ASSISTANT STATE'S ATTORNEY
CHIEF OF THE CIVIL DIVISION
1504 3RD AVENUE
ROCK ISLAND, IL 61201

MR JOHN M WATERS                              23 FEB. 2005

CLERK OF THE COURT


DEAR SIR,

  PLEASE FIND ENCLOSED FIND PLAINTIFF'S MEDICAL FURLOUGH REPORT, REMARKS.

  A CERTIFICATE OF SERVICE IS ATTACHED.


        RESPECTFULLY SUBMITTED,

        *Stan L Laktas*

        STAN L LAKTAS
        R 12404
        P.O. BOX 711
        MENARD, IL 62259